**CAROL RENÉ BROPHY (SBN 155767)**
**CIARÁN O'SULLIVAN (SBN 198970)**
**NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP**
50 CALIFORNIA STREET, 34TH FLOOR
SAN FRANCISCO, CALIFORNIA  94111-4799
Telephone:  415/ 398-3600
Facsimile:  415/ 398-2438
cbrophy@nossaman.com

Attorney for Defendants
LA BAER INN, EDWARDS 1991 REVOCABLE TRUST;

CARRIAGE HOUSE INN, EDWARD M. SILVERA dba CARRIAGE HOUSE INN, and SILVERA 2001 TRUST;

DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba DRIFTWOOD LODGE, EDWARDS TRUST;

THUNDERBIRD MOTEL,
MICHAEL BLANK dba THUNDERBIRD MOTEL; and

TRAVEL INN, AMTHABHI PATEL and
SUMITRA PATEL dba TRAVEL INN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LA BAER INN, EDWARDS 1991 REVOCABLE TRUST,<br><br>　　　　Defendants. | Case No. CIV-S03-1467 WBS/GGH<br><br>RELATED CASE NOS.<br>CIV-S03-1468 WBS/GGH<br>CIV-S03-1480 WBS/GGH<br>CIV-S03-1481 WBS/GGH<br>CIV-S03-1482 WBS/GGH |
| ANDI MILLARD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CARRIAGE HOUSE INN; EDWARD M. SILVERA dba CARRIAGE HOUSE INN, SILVERA 2001 TRUST,<br><br>　　　　Defendants. | **SUBSTITUTION OF ATTORNEYS** |

Tahoe ADA_ substitution of attorneys (2).DOC

**SUBSTITUTION OF ATTORNEYS**

| | |
|---|---|
| ANDI MILLARD, | ) |
|       Plaintiff, | ) |
| vs. | ) |
| DRIFTWOOD LODGE AND CAFE; CUCHK EDWARDS dba DRIFTWOOD LODGE; and DOES 1 through 35, inclusive, | ) |
|       Defendants. | ) |
| ANDI MILLARD, | ) |
|       Plaintiff, | ) |
| vs. | ) |
| TRAVEL INN; AMTHABHI PATEL and SUMITRA PATEL dba TRAVEL INN; and DOES 1 through 35, inclusive, | ) |
|       Defendants. | ) |
| ANDI MILLARD, | ) |
|       Plaintiff, | ) |
| vs. | ) |
| THUNDERBIRD MOTEL; MICHAEL BLANK dba THUNDERBIRD MOTEL; and DOES 1 through 35, inclusive, | ) |
|       Defendants. | ) |

TO: THE COURT AND ALL PARTIES:

Defendants LA BAER INN, EDWARDS 1991 REVOCABLE TRUST; CARRIAGE HOUSE INN, EDWARD M. SILVERA dba CARRIAGE HOUSE INN, and SILVERA 2001 TRUST; DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba DRIFTWOOD LODGE, EDWARDS TRUST; THUNDERBIRD MOTEL, MICHAEL BLANK dba THUNDERBIRD MOTEL; and TRAVEL INN, AMTHABHI PATEL and SUMITRA PATEL dba TRAVEL INN hereby consents to the following substitutes of counsel: Richard S. Edwards, *pro se,* owner, jointly and collectively for LA BAER INN and DRIFTWOOD LODGE AND CAFÉ; Edward Michael Silvera, *pro se,* owner and Trustee of the Silvera 2001 Family Trust, jointly and collectively for CARRIAGE HOUSE INN; Michael Allen Blank, *pro se,* owner, jointly and collectively for THUNDERBIRD MOTEL; and Sushil A. Patel, *pro se,* owner, jointly and collectively for TRAVEL INN, in place and instead of Carol René Brophy, Esq., of the law firm of Nossaman, Guthner, Knox & Elliott, LLP.

We consent to this substitution.

Dated: August 2, 2005          LA BAER INN
                               4115 Laurel Avenue
                               South Lake Tahoe, CA  96150
                               (530) 541-7400


                               By: _____
                                      RICHARD S. EDWARDS, *pro se*

We consent to this substitution.

Dated: August 2, 2005          DRIFTWOOD LODGE AND CAFÉ
                               4115 Laurel Avenue
                               South Lake Tahoe, CA  96150
                               (530) 541-7400


                               By: _____
                                      RICHARD S. EDWARDS, *pro se*

1     We consent to this substitution.

2   Dated: August 2, 2005         CARRIAGE HOUSE INN
4135 Laurel Avenue
South Lake Tahoe, CA  96150
(775) 782-3339

By: _____
      EDWARD MICHAEL SILVERA, *pro se*

    We consent to this substitution.

Dated: August 2, 2005         THUNDERBIRD MOTEL
4123 Laurel Avenue
South Lake Tahoe, CA  96150
(800) 350-5741

By: _____
      MICHAEL ALLEN BLANK, *pro se*

    We consent to this substitution.

Dated: August 2, 2005         TRAVEL INN
964 Stateline Avenue
South Lake Tahoe, CA  96150
(775) 588-1419

By: _____
      SUSHIL A. PATEL, *pro se*

    We consent to this substitution.

Dated:  August 2, 2005         NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
50 California Street, 34th Floor
San Francisco, CA  94111
(415) 398-3600

By:_____
      Carol René Brophy

Tahoe ADA_ substitution of attorneys (2).DOC    2

**SUBSTITUTION OF ATTORNEYS**

1
2                              ORDER DENYING SUBSTITUTION
3
4        The request to substitute Richard S. Edwards, Edward Michael Silvera, Michael Allen Blank,
5   and Sushil A. Patel, "pro se," in place and instead of Carol Rene Brophy, Esq. of the law firm of
6   Nossaman, Guthner, Knox & Elliott, LLP, as counsel for defendants in this action is DENIED.  See
7   Rowland v. Cal. Men's Colony, 506 U.S. 194, 202 (1993) (holding that artificial entities may only be
8   represented by licensed counsel).
9   Dated:  August 5, 2005

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

Tahoe ADA_ substitution of attorneys (2).DOC          3
**SUBSTITUTION OF ATTORNEYS**