EMARD, DANOFF, PORT & TAMULSKI, LLP
James J. Tamulski (State Bar #64880)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:   (415) 227-9455
Facsimile:   (415) 227-4255
E-Mail:       jtamulski@edptlaw.com

Attorneys for Defendants
LA BAER INN, EDWARDS 1991 REVOCABLE TRUST;

CARRIAGE HOUSE INN, EDWARD M. SILVERA dba CARRIAGE HOUSE INN, and SILVERA 2001 TRUST;

DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba DRIFTWOOD LODGE, EDWARDS TRUST;

THUNDERBIRD MOTEL, MICHAEL BLANK dba THUNDERBIRD MOTEL; and

TRAVEL INN, AMTHABHI PATEL and SUMITRA PATEL dba TRAVEL INN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANDI MILLARD,<br><br>            Plaintiff,<br><br>     vs.<br><br>LA BAER INN, EDWARDS 1991 REVOCABLE TRUST,<br><br>            Defendants. | No.:   CIV-S03-1467 WBS/GGH<br><br>RELATED CASE NOS.<br>**CIV-S03-1468 WBS/GGH**<br>CIV-S03-1480 WBS/GGH<br>CIV-S03-1481 WBS/GGH<br>CIV-S03-1482 WBS/GGH<br><br>**SUBSTITUTION OF ATTORNEYS** |
| ANDI MILLARD,<br><br>            Plaintiff,<br><br>     vs.<br><br>CARRIAGE HOUSE INN; EDWARD M. SILVERA dba CARRIAGE HOUSE INN, SILVERA 2001 TRUST,<br><br>            Defendants. | |

- 1 -

SUBSTITUTION OF ATTORNEYS
Case No. CIV-S03-1467 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Substitution.doc

| | |
|---|---|
| 1 | ANDI MILLARD, |
| 2 | Plaintiff, |
| 3 | vs. |
| 4 | DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba |
| 5 | DRIFTWOOD LODGE; and DOES 1 through 35, inclusive, |
| 6 | |
| | Defendants. |
| 7 | ANDI MILLARD, |
| 8 | Plaintiff, |
| 9 | vs. |
| 10 | TRAVEL INN, AMTHABHI PATEL and SUMITRA PATEL dba TRAVEL INN; |
| 11 | and DOES 1 through 35, inclusive, |
| 12 | Defendants. |
| 13 | ANDI MILLARD, |
| 14 | Plaintiff, |
| 15 | vs. |
| 16 | THUNDERBIRD MOTEL, MICHAEL BLANK dba |
| 17 | THUNDERBIRD MOTEL; and DOES 1 through 35, inclusive, |
| 18 | Defendants. |

TO: THE COURT AND ALL PARTIES:

Defendants LA BAER INN, EDWARDS 1991 REVOCABLE TRUST; CARRIAGE HOUSE INN, EDWARD M. SILVERA dba CARRIAGE HOUSE INN, and SILVERA 2001 TRUST; DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba DRIFTWOOD LODGE, EDWARDS TRUST; THUNDERBIRD MOTEL, MICHAEL BLANK dba THUNDERBIRD MOTEL; and TRAVEL INN, AMTHABHI PATEL and SUMITRA PATEL dba TRAVEL INN hereby substitute Emard, Danoff, Port & Tamulski, LLP, 49 Stevenson Street, Suite 400, San Francisco, CA 94105, (415) 227-9455, in place and instead

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

SUBSTITUTION OF ATTORNEYS
Case No. CIV-S03-1467 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Substitution.doc

1 of Carol René Brophy, Esq., of the law firm of Nossaman, Guthner, Knox & Elliott, LLP,

2 50 California Street, 34th Floor, San Francisco, CA  94111, (415) 398-3600.

3    We consent to the substitution.

4 DATED:  August ___, 2005        EMARD, DANOFF, PORT & TAMULSKI LLP
5                                 49 Stevenson Street, Suite 400
                                  San Francisco, CA  94105
                                  (415) 227-9455

6

7                                 By_____
                                        James J. Tamulski
8

9    We consent to the substitution.

10 DATED:  August ___, 2005        LA BAER INN

11

12                                By_____
                                        Richard S. Edwards
13

14   We consent to the substitution.

15 DATED:  August ___, 2005        CARRIAGE HOUSE INN

16

17                                By_____
                                        Edward Michael Silvera
18

19   We consent to the substitution.

20 DATED:  August ___, 2005        DRIFTWOOD LODGE AND CAFÉ

21

22                                By_____
                                        Richard S. Edwards
23

24   We consent to the substitution.

25 DATED:  August ___, 2005        THUNDERBIRD MOTEL

26

27                                By_____
                                        Michael Blank
28

- 3 -

SUBSTITUTION OF ATTORNEYS
Case No. CIV-S03-1467 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Substitution.doc

We consent to the substitution.

DATED: August ___, 2005        TRAVEL INN


By_____
　　　Sushil A. Patel


We consent to the substitution.

Dated: August 16, 2005        NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
50 CALIFORNIA STREET, 34^(TH) FLOOR
SAN FRANCISCO, CA  94111
(415) 398-3600


By:_____
　　　Carol René Brophy


Good cause appearing,

IT IS SO ORDERED.

DATED: August 17, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 4 -

SUBSTITUTION OF ATTORNEYS
Case No. CIV-S03-1467 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Substitution.doc