EMARD, DANOFF, PORT & TAMULSKI, LLP
James J. Tamulski (State Bar #64880)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: jtamulski@edptlaw.com

Attorneys for Defendants

CARRIAGE HOUSE INN, EDWARD M. SILVERA dba CARRIAGE HOUSE INN, and SILVERA 2001 TRUST;
DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba DRIFTWOOD LODGE, EDWARDS TRUST;
THUNDERBIRD MOTEL, MICHAEL BLANK dba THUNDERBIRD MOTEL; and
TRAVEL INN, AMTHABHI PATEL and SUMITRA PATEL dba TRAVEL INN

LAW OFFICES OF PAUL L. REIN
Paul L. Rein, Esq. (State Bar #43053)
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787

Attorneys for Plaintiff ANDI MILLARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANDI MILLARD,<br><br>Plaintiff,<br><br>vs.<br><br>DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba DRIFTWOOD LODGE, and DOES 1 through 35, inclusive,<br><br>Defendants. | No.: CIV-S03-1480 WBS/GGH<br><br>RELATED CASE NOS.<br>CIV-S03-1467 WBS/GGH<br>CIV-S03-1468 WBS/GGH<br>CIV-S03-1481 WBS/GGH<br>CIV-S03-1482 WBS/GGH<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISSING ACTION WITH PREJUDICE**<br><br>[Dismissal of Case No. CIV-S03-1480 WBS/GGH only] |

FILED
NOV 14 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

- 1 -

1     WHEREAS the Court has ordered that defendants DRIFTWOOD LODGE AND CAFÉ,
2 and CHUCK EDWARDS dba DRIFTWOOD LODGE ("Defendants") pay an award of attorney
3 fees, litigation expenses and costs to plaintiff Andi Millard ("Plaintiff");

4     WHEREAS the parties have reached a settlement regarding the Defendants' payment of
5 that award of fees, litigation expenses and costs, and have executed an agreement memorializing
6 the terms of that settlement;

7     WHEREAS Defendants have disbursed the award to Plaintiff's attorneys in accordance
8 with the agreement between the parties;

9     THE PARTIES HEREBY STIPULATE that the action MILLARD v. DRIFTWOOD
10 LODGE AND CAFÉ et al., Case No. CIV-S03-1480 WBS/GGH, be dismissed with prejudice in
11 its entirety.

DATED: 10/29/05     LAW OFFICES OF PAUL L. REIN

By: /s/
Paul L. Rein
Attorneys for Plaintiff
ANDI MILLARD

DATED: 10/28/05     EMARD, DANOFF, PORT & TAMULSKI, LLP

By: /s/ Katharine Essick
James J. Tamulski
Katharine Essick
Attorneys for Defendants
LA BAER INN, EDWARDS 1991
REVOCABLE TRUST; CARRIAGE
HOUSE INN, EDWARD M. SILVERA dba
CARRIAGE HOUSE INN, and SILVERA
2001 TRUST; DRIFTWOOD LODGE AND
CAFÉ, CHUCK EDWARDS dba
DRIFTWOOD LODGE, EDWARDS
TRUST; THUNDERBIRD MOTEL,
MICHAEL BLANK dba THUNDERBIRD
MOTEL; and TRAVEL INN, AMTHABHI
PATEL and SUMITRA PATEL dba
TRAVEL INN

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
Case No. CIV-S03-1480 WBS/GGH
C:\Documents and Settings\SHoover\Local Settings\Temp\notes101AA1\Stip and Order to Dismiss (Driftwood Lodge).doc

## CERTIFICATION OF SIGNATURES

I attest that the content of this document is acceptable to all persons above, who were required to sign it.

/s/
Katharine Essick

## ORDER

The action MILLARD v. DRIFTWOOD LODGE AND CAFÉ et al., Case No. CIV-S03-1480 WBS/GGH, is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Date: 11/4/2005

*William B. Shubb* (signature)
The Hon. William B. Shubb
United States District Court Judge

- 3 -
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
Case No. CIV-S03-1480 WBS/GGH
C:\Documents and Settings\SHoover\Local Settings\Temp\notes101AA1\Stip and Order to Dismiss (Driftwood Lodge).doc

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105